UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARGET GLOBAL LOGISTICS, SERVICES, CO. : <br> : <br> Plaintiff, : <br> v. : <br> : <br> KVG, LLC : <br> : <br> Defendant. : | No. 5:15-cv-04960 |

**O R D E R**

AND NOW, this 2nd day of December, 2015, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** that Defendant's Motion, ECF No. 6, is **GRANTED IN PART** as follows:

1. Plaintiff's claim for conversion is **DISMISSED**.

2. No later than **Wednesday, December 9, 2015**, Plaintiff shall file an amended complaint that sets forth the correct name of this Court in the caption.

3. Plaintiff's service of process, see ECF No. 3, is **QUASHED**.

4. In all other respects, Defendant's Motion is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge