# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARGET GLOBAL LOGISTICS SERVICES, CO. | |
| Plaintiff/Counterclaim Defendant | |
| v. | CIVIL ACTION NO. 15-4960 |
| KVG, LLC | |
| Defendant/Counterclaim Plaintiff | |
| v. | |
| QAIS ANIL MEDICAL EQUIPMENT COMPANY LTD MOHAMMAD SEDIQ and ASIA PHARMA LTD | |
| Counterclaim Defendants | |

## ORDER

**AND NOW**, this 12th day of April, 2017, upon consideration of the Motion for Partial Dismissal by Reason of Forum Non Conveniens (Dkt. No. 86) and Memorandum of Law in Support of Partial Dismissal for Forum Non Conveniens (Dkt. No. 87) filed by Defendant KVG, LLC on January 13, 2017 and January 15, 2017, respectively; upon consideration of Plaintiff's Brief in Opposition to Defendant, KVG's Motion to Dismiss for Forum Non Conveniens (Dkt. No. 93) filed January 29, 2017; and upon consideration of Defendant's Reply Brief in Support of Defendant KVG's Motion for Partial Dismissal for Forum Non Conveniens (Dkt. 101) filed March 30, 2017; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the motion for partial dismissal is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge