**Law Offices of Frank J. Santomauro, LLC**

frank@fjsantolaw.com

# INVOICE

**BILL TO**
Yama Ahmad
Target Global Logistics
3rd Khair Khana
Suite 204 Al Shafa Business
Center
Kabul, Afghanistan

**INVOICE #** 1090
**DATE** 10/10/2017
**DUE DATE** 11/09/2017
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/16/2016 | **Balance due**<br>Balance Due from previous invoice | 1 | 76,200.92 | 76,200.92 |
| 08/17/2016 | **Brief**<br>Preparation of and filing of Plaintiff's Brief in Opposition to Defendant's First Motion to Deposit Funds and Security with attachments | 6 | 200.00 | 1,200.00 |
| 08/25/2016 | **Email**<br>Preparation of email to client requesting dates for deposition; response email from Yama | 0.40 | 200.00 | 80.00 |
| 08/29/2016 | **Email**<br>Receipt and review of email from client listing his cousin's email address | 0.10 | 200.00 | 20.00 |
| 08/29/2016 | **Email**<br>Preparation of email to client requesting a status on his passport application or visa application; response email from client requesting  we provide his a letter to the embassy stating that he  needs visa to enter the us for deposition for litigation purposes. | 0.60 | 200.00 | 120.00 |
| 08/30/2016 | **Correspondence**<br>Preparation of correspondence to client regarding his passport application and deposition for him to provide to the embassy. | 0.30 | 200.00 | 60.00 |
| 08/30/2016 | **Email**<br>Preparation of email to client regarding his passport application and visa application | 0.20 | 200.00 | 40.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/02/2016 | **Correspondence** Preparation of correspondence to Judge Perkin in response to Attorney Markely's letter regarding scheduling deposition of client; attaching all proof of emails and correspondence between counsel and between FJS and Yama verifying attempts at trying to obtain a date from client to be deposed. | 1.50 | 200.00 | 300.00 |
| 09/06/2016 | **Email** Preparation of email to client requesting dates for his deposition; response mail from client requesting deposition be done via Skype | 0.30 | 200.00 | 60.00 |
| 09/07/2016 | **Service** Receipt and review of docket entry # 61 from the Court attaching a filed copy of Defendant's Waiver of Service | 0.80 | 200.00 | 160.00 |
| 09/07/2016 | **Court Order** Receipt and review of Court Order from Judge Perkin, scheduling a conference call to discuss discovery issues | 0.60 | 200.00 | 120.00 |
| 09/08/2016 | **Conference Call** Preparation for and attendance at scheduled telephone conference with Judge Perkin, Attorney Markley and Attorney Gundlach regarding discovery issues | 1.20 | 200.00 | 240.00 |
| 09/09/2016 | **Motion** Preparation of and filing of Plaintiff's Motion for Leave of Court to Answer Defendant's First Amended Counterclaim with attachments | 2.80 | 200.00 | 560.00 |
| 09/09/2016 | **Brief** Preparation of and filing of Plaintiff's Brief in Support of Plaintiff's Motion for Leave to file an Answer to Defendant's First Amended Counterclaim | 4.20 | 200.00 | 840.00 |
| 09/11/2016 | **Brief** Receipt and review of Defendant's Brief in Opposition to Plaintiff's Motion for Leave of Court | 1.50 | 200.00 | 300.00 |
| 09/13/2016 | **Court Order** Receipt and review of a Court Order from Judge Perkin denying Defendant's Motion for Security | 0.60 | 200.00 | 120.00 |
| 09/13/2016 | **Court Order** Receipt and review of Court Order from Judge Perkin granting Plaintiff's Motion for Leave and also regarding the case management deadlines | 0.80 | 200.00 | 160.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/14/2016 | **Correspondence**<br>Receipt and review of correspondence from Attorney Gundlach, with a copy of client's facebook. | 0.50 | 200.00 | 100.00 |
| 09/14/2016 | **Email**<br>Preparation of email to client attaching copies of the two (2) Orders received from Judge Perkin as well as a copy of Attorney Gundlach's correspondence and also requesting dates to depose him | 0.60 | 200.00 | 120.00 |
| 09/15/2016 | **Email**<br>Preparation of email to client requesting dates for his deposition; response email from client advising he can be available by Skype on 9/19. Email to client advising he needs to come to the United States for his deposition pursuant to Court Order. | 0.70 | 200.00 | 140.00 |
| 09/19/2016 | **Email**<br>Preparation of email to client attaching a copy of list received from Defendant's counsel regarding Yama's travel outside of Afghanistan; receipt of response email from client advising that his cousin paid for his trips | 0.50 | 200.00 | 100.00 |
| 10/04/2016 | **Email**<br>Preparation of email to to client regarding deposition dates; response email from client regarding dates and advising Defendant sent paperwork attaching a copy of paperwork; response email from client | 0.80 | 200.00 | 160.00 |
| 10/05/2016 | **Motion**<br>Receipt and review of Defendant's Motion for Entry of Default with attachments; Receipt and review of Default against Asia Pharma | 1.20 | 200.00 | 240.00 |
| 10/06/2016 | **Court Order**<br>Receipt and review of Docket # 70 Court Order on Plaintiff's Motion to Dismiss (Denying same); Plaintiff's Motion for Leave (Granted) and advising answer due before October 19, 2016 | 0.80 | 200.00 | 160.00 |
| 10/06/2016 | **Email**<br>Receipt and review of email from Gundlach advising Judge Perkin issued an Order, preparation of response email to Gundlach | 0.50 | 200.00 | 100.00 |
| 10/17/2016 | **Email**<br>Preparation of email to client with copy of Affirmative Defenses for his review and consideration; Receipt and review of email from client with changes to Affirmative Defenses; response email to client | 1.30 | 200.00 | 260.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/18/2016 | **Email**<br>Preparation of email to Attorney Markley regarding deposition of Yama and Eli Abbott | 0.30 | 200.00 | 60.00 |
| 10/18/2016 | **Service**<br>Preparation of and filing of Plaintiff's Answer to Affirmative Defenses to Defendant's First Amended Counterclaim | 4.50 | 200.00 | 900.00 |
| 10/18/2016 | **Email**<br>Preparation of email to client attaching a copy of Plaintiff's Affirmative Defenses | 0.50 | 200.00 | 100.00 |
| 10/25/2016 | **Email**<br>Receipt and review of email from client regarding deposition; response email to client | 0.30 | 200.00 | 60.00 |
| 10/31/2016 | **Service**<br>Preparation of Notice of Deposition to Eli Abbott; forwarding to defense counsel; contacting court reporter to obtain reporter for date of deposition | 1.20 | 200.00 | 240.00 |
| 10/31/2016 | **Email**<br>Preparation of email to Markley attaching Notice of Deposition for Eli Abbott, response email from Markley requesting dates for Yama deposition; preparation of response email to Markley | 0.80 | 200.00 | 160.00 |
| 10/31/2016 | **Email**<br>Multiple emails between FJS and Markley regarding scheduling deposition of Yama | 0.80 | 200.00 | 160.00 |
| 11/01/2016 | **Email**<br>Emails to and from Markley re: deposition of Yama | 0.60 | 200.00 | 120.00 |
| 11/16/2016 | **Deposition**<br>Preparation for and attendance at deposition of Eli Abbott | 8 | 200.00 | 1,600.00 |
| 11/17/2016 | **Email**<br>Preparation of email to client regarding Eli deposition | 0.20 | 200.00 | 40.00 |
| 11/18/2016 | **Email**<br>Receipt and review of email from Attorney Gundlach attaching a copy of correspondence to  Judge Perkin with affidavit for Zamperini and correspondence forwarded to FJS office regarding same. | 0.70 | 200.00 | 140.00 |
| 11/18/2016 | **Correspondence**<br>Preparation of correspondence to Judge Perkin | 1.20 | 200.00 | 240.00 |
| 11/26/2016 | **Correspondence**<br>Preparation of correspondence to Judge Perkin regarding Atty Gundlach correspondence to his chambers | 0.90 | 200.00 | 180.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 11/27/2016 | **Correspondence**<br>Receipt and review of copy of correspondence forwarded to Judge Perkin from Gundlach | 0.80 | 200.00 | 160.00 |
| 11/28/2016 | **Telephone Conference**<br>Preparation for and attendance at telephone conference before Judge Perkin and Counsel of Record | 1.20 | 200.00 | 240.00 |
| 11/28/2016 | **Email**<br>Preparation of email to Atty Markley requesting dates to conduct deposition of Dr. Zamperini; receipt and review of response email from Markley regarding Zamperini and Cole Depositions; response email to Markley; receipt of response email from Markley | 0.90 | 200.00 | 180.00 |
| 11/29/2016 | **Email**<br>Receipt and review of email from Markley regarding scheduling Yama Deposition | 0.20 | 200.00 | 40.00 |
| 11/29/2016 | **Court Order**<br>Receipt and review of docket #75 Court Order setting discovery deadlines and Motion for Summary Judgment | 0.50 | 200.00 | 100.00 |
| 11/30/2016 | **Email**<br>11/29-11/30 Multiple emails between Markley and FJS regarding scheduling depositions of Yama, Zamperini and Cole | 0.50 | 200.00 | 100.00 |
| 11/30/2016 | **Email**<br>Receipt and review of email from Gundlach regarding Zamperini deposition as well as Motion for Summary Judgment | 0.40 | 200.00 | 80.00 |
| 11/30/2016 | **Email**<br>Receipt and review of email from Markley attaching an email from 6/7/2016 regarding witness location | 0.20 | 200.00 | 40.00 |
| 12/01/2016 | **Email**<br>Receipt and review of email from Judge Perkin's chambers advising discovery due by February 1, 2017 and Motions due by March 31,2017 | 0.30 | 200.00 | 60.00 |
| 12/02/2016 | **Email**<br>Receipt and review of email from Gundlach regarding Zamperini and Cole deposition | 0.30 | 200.00 | 60.00 |
| 12/02/2016 | **Email**<br>Receipt and review of email from Markley regarding subponeas | 0.20 | 200.00 | 40.00 |
| 12/02/2016 | **Correspondence**<br>Preparation of correspondence to Captain Cole requesting dates to conduct his deposition. | 0.50 | 200.00 | 100.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/02/2016 | **Correspondence**<br>Preparation of correspondence to Attorney Rovira on behalf of Zamperini requesting dates for deposition | 0.50 | 200.00 | 100.00 |
| 12/02/2016 | **Email**<br>Preparation of email to Markley regarding subpoenas to Cole and Zamperini | 0.30 | 200.00 | 60.00 |
| 12/03/2016 | **Correspondence**<br>Receipt and review of correspondence from Gundlach | 0.50 | 200.00 | 100.00 |
| 12/04/2016 | **Email**<br>Multiple emails between FJS and Markley regarding discovery | 0.60 | 200.00 | 120.00 |
| 12/04/2016 | **Email**<br>Receipt and review of email regarding Motion for Security | 0.40 | 200.00 | 80.00 |
| 12/05/2016 | **Motion**<br>Receipt and review of Defendant's Motion for Costs | 0.90 | 200.00 | 180.00 |
| 12/05/2016 | **Brief**<br>Receipt and review of Defendant's Brief and Statement of Issues in Support of Request for Review | 1.50 | 200.00 | 300.00 |
| 12/05/2016 | **Brief**<br>Receipt and review of Defendant's Renewed Brief in Support of Defendant's Renewed Motion for Security | 1.50 | 200.00 | 300.00 |
| 12/07/2016 | **Email**<br>Preparation of email to client attaching copies of Defendant's Motions and Briefs; receipt and review of response email from client | 1.30 | 200.00 | 260.00 |
| 12/09/2016 | **Invoice**<br>Invoice for Keystone Court Report | 1 | 1,618.80 | 1,618.80 |
| 12/09/2016 | **Invoice**<br>Invoice for Network Deposition | 1 | 559.75 | 559.75 |
| 12/12/2016 | **Email**<br>Preparation of email to Markley requesting bank statements and advising that need dates to depose Cole and Zamperini | 0.40 | 200.00 | 80.00 |
| 12/12/2016 | **Email**<br>Multiple emails between FJS, Markley and Gundlach | 0.80 | 200.00 | 160.00 |
| 12/13/2016 | **Email**<br>Multiple emails between FJS, Markley and Gundlach regarding Yama deposition | 0.60 | 200.00 | 120.00 |
| 12/14/2016 | **Brief**<br>Preparation of Plaintiff's Brief in Opposition to Defendant's Motion for Security and filing with the Court | 4.50 | 200.00 | 900.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/19/2016 | **Email**<br>Preparation of email attaching invoices received pertaining Eli's depositions | 0.20 | 200.00 | 40.00 |
| 12/19/2016 | **Motion**<br>Receipt and review of  Defendant's Motion for Leave to File Reply Brief | 1.50 | 200.00 | 300.00 |
| 12/19/2016 | **Correspondence**<br>Receipt and review of correspondence directed to Judge Perkin from Defendant attaching Defendant's Reply Brief with exhibits | 0.80 | 200.00 | 160.00 |
| 12/19/2016 | **Correspondence**<br>Receipt and review of copy of correspondence to Judge Perkin attaching Defendant's Reply Brief with exhibits | 1 | 200.00 | 200.00 |
| 12/20/2016 | **Correspondence**<br>Preparation of correspondence to Judge Perkin attaching email exchange between counsel | 0.80 | 200.00 | 160.00 |
| 12/26/2016 | **Email**<br>Receipt and review of email from Zamperini providing dates for deposition | 0.30 | 200.00 | 60.00 |
| 12/26/2016 | **Email**<br>Preparation of email to client attaching a copy of subpoena for his deposition | 0.30 | 200.00 | 60.00 |
| 12/27/2016 | **Email**<br>Receipt and review of emails from Markley regarding Yama Deposition | 0.40 | 200.00 | 80.00 |
| 12/27/2016 | **Court Order**<br>Receipt and review docket #81 Court Order ordering Defendant to advise Plaintiff of amounts paid to Plaintiff on contracts with KVG | 0.40 | 200.00 | 80.00 |
| 12/28/2016 | **Email**<br>Receipt and review of email from Rovira regarding Zamperini deposition; providing dates | 0.40 | 200.00 | 80.00 |
| 12/28/2016 | **Email**<br>Preparation of email to Rovira scheduling Zamperini deposition for January 27 | 0.20 | 200.00 | 40.00 |
| 12/28/2016 | **Email**<br>Preparation of email to client regarding his deposition and the deposition of Cole and Zamperini | 0.40 | 200.00 | 80.00 |
| 12/28/2016 | **Email**<br>Receipt and review of email from client advising he applied for visa appointment date and providing a copy of his application | 0.30 | 200.00 | 60.00 |
| 12/29/2016 | **Email**<br>Preparation of email to Captain Cole requesting dates for deposition | 0.30 | 200.00 | 60.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/31/2016 | **Service**<br>Receipt and review of spreadsheets from Defendant which lists what KVG was paid on all contracts | 0.50 | 200.00 | 100.00 |
| 01/03/2017 | **Email**<br>multiple emails between FJS, Markley and Rovira regarding Zamperini's deposition; preparation of Notice of Deposition of Zamperini; receipt and review of of Agenda Notice from Rovira for deposition in Virginia | 1.60 | 200.00 | 320.00 |
| 01/09/2017 | **Email**<br>Receipt and review of email from client attaching denial of visa | 0.30 | 200.00 | 60.00 |
| 01/10/2017 | **Service**<br>Preparation of correspondence to Judge Perkin advising of Yama denial of visa and attaching all emails etc; requesting an extension for discovery and advising of Zamperini scheduled deposition | 1.50 | 200.00 | 300.00 |
| 01/10/2017 | **Email**<br>Preparation of email to Yama requesting denial letter; response email from Yama attaching denial letter | 0.50 | 200.00 | 100.00 |
| 01/10/2017 | **Correspondence**<br>Receipt and review of correspondence from Attorney Gundlach to Judge Perkin regarding Yama deposition | 0.80 | 200.00 | 160.00 |
| 01/10/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin | 1.60 | 200.00 | 320.00 |
| 01/11/2017 | **Court Order**<br>Receipt and review of docket #82 from Judge Perkin scheduling a status conference in Allentown, PA | 0.40 | 200.00 | 80.00 |
| 01/12/2017 | **Service**<br>Receipt and review of Defendant's Request for Entry of Default Judgment | 0.30 | 200.00 | 60.00 |
| 01/12/2017 | **Email**<br>Preparation of email to client attaching a copy of certificate of service for request for entry of default filed by Defendant | 0.20 | 200.00 | 40.00 |
| 01/12/2017 | **Service**<br>Receipt of Affidavit in Support of Entry for Default Judgment filed by Defendant | 0.40 | 200.00 | 80.00 |
| 01/13/2017 | **Motion**<br>Receipt and review of Defendant's Motion to Dismiss for Forum Non Conveniens | 1.20 | 200.00 | 240.00 |
| 01/15/2017 | **Brief**<br>Receipt and review of Defendant's Brief in Support of his Motion to Dismiss | 1.20 | 200.00 | 240.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 01/16/2017 | **Email**<br>Receipt and review of an email from Yama attaching an outline in response to subpoena | 1 | 200.00 | 200.00 |
| 01/18/2017 | **Email**<br>Preparation of email to Markley attaching all discovery responses and request for production of documents previously forwarded | 1.50 | 200.00 | 300.00 |
| 01/19/2017 | **Court Order**<br>Receipt and review of docket #88 Court Order granting Motion to Leave to Reply to Plaintiff's Brief in Opposition to Motion for Security | 0.40 | 200.00 | 80.00 |
| 01/19/2017 | **Brief**<br>Receipt and review of Defendant's Brief in Support to Motion for Security | 1.20 | 200.00 | 240.00 |
| 01/19/2017 | **Conference**<br>Preparation for travel to and attendance at conference on discovery | 4 | 200.00 | 800.00 |
| 01/19/2017 | **Email**<br>Multiple emails between counsel settlement discussions | 0.80 | 200.00 | 160.00 |
| 01/20/2017 | **Court Order**<br>Receipt and review of Court Order, ordering Yama to apply for visa and denying Defendant's Informal Letter Motion | 0.60 | 200.00 | 120.00 |
| 01/20/2017 | **Email**<br>Preparation of email to client attaching Court Order | 0.30 | 200.00 | 60.00 |
| 01/22/2017 | **Brief**<br>Preparation of and filing of Plaintiffs Brief in Opposition to Defendant's Motion to Dismiss | 2 | 200.00 | 400.00 |
| 01/23/2017 | **Email**<br>Preparation of email to Captain Cole attaching copy of Court Order for his deposition | 0.30 | 200.00 | 60.00 |
| 01/27/2017 | **Deposition**<br>Travel to Virginia, Cost of Flight and Hotel, Rental Car for Three Days and preparation for and attendance at deposition of Zamperini | 25 | 200.00 | 5,000.00 |
| 01/29/2017 | **Email**<br>Receipt and review of email from Captain Cole advising that his deposition is going to be February 16 | 0.20 | 200.00 | 40.00 |
| 02/03/2017 | **Service**<br>Preparation of Notice of Deposition to Captain Cole; preparation of correspondence to Captain Cole enclosing Notice of Deposition | 0.80 | 200.00 | 160.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/08/2017 | **Email** Multiple emails between counsel and Captain Cole regarding his deposition | 0.80 | 200.00 | 160.00 |
| 02/16/2017 | **Deposition** Travel to Chicago three days, hotel, and car rental and preparation for and attendance at deposition of Captain Cole | 25 | 200.00 | 5,000.00 |
| 02/17/2017 | **Email** 2/17 - 2/21 Multiple emails between counsel regarding status of Yama Visa and deposition dates | 0.80 | 200.00 | 160.00 |
| 03/14/2017 | **Motion** Receipt and review of correspondence from Markley attaching Motion for Security | 1.50 | 200.00 | 300.00 |
| 03/15/2017 | **Email** 3/15-3/16 Multiple emails between counsel regarding Yama Visa and deposition | 0.80 | 200.00 | 160.00 |
| 03/23/2017 | **Invoice** Preparation of email to Yama attaching invoice for National Court Reporters for the deposition of Dr. Zamperini | 1 | 2,230.00 | 2,230.00 |
| 03/27/2017 | **Motion** Preparation of and filing of Motion for Summary Judgment | 3 | 200.00 | 600.00 |
| 03/27/2017 | **Email** 3/26-3/27 Preparation of emails to yama regarding locations where he can obtain a visa | 0.40 | 200.00 | 80.00 |
| 03/28/2017 | **Motion** Preparation of Motion for Leave to Exceed Page Limit | 1.50 | 200.00 | 300.00 |
| 03/28/2017 | **Email** Preparation of email to Markley requesting his concurrence in filing the Motion for Leave to Exceed Page Limit | 0.20 | 200.00 | 40.00 |
| 03/28/2017 | **Motion** Filing Motion for Leave to Exceed Page Limit | 0.50 | 200.00 | 100.00 |
| 03/29/2017 | **Court Order** Receipt and review of Court Order granting Motion for Leave to Exceed Page Limit | 0.20 | 200.00 | 40.00 |
| 03/29/2017 | **Court Order** Receipt and review of Court Order granting Motion for Leave to Reply to Plaintiffs Opposition to Defendant's Motion for Partial Distribution | 0.80 | 200.00 | 160.00 |
| 03/29/2017 | **Brief** Receipt and review of Defendant's Brief in Support of Motion for Partial Distribution Forum Non Conveniens | 1.50 | 200.00 | 300.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 03/31/2017 | **Brief**<br>Preparation and filing of Plaintiff's Brief in Support of Motion for Summary Judgment | 6.20 | 200.00 | 1,240.00 |
| 03/31/2017 | **Service**<br>Receipt and review of email from markley attaching Defendant's Expert Report | 1 | 200.00 | 200.00 |
| 03/31/2017 | **Brief**<br>Receipt and review of Defendant's Brief in Support of Partial Summary Judgment | 1.50 | 200.00 | 300.00 |
| 04/01/2017 | **Correspondence**<br>Receipt and review of correspondence from Gundlach to Judge regarding Yama visa | 0.40 | 200.00 | 80.00 |
| 04/05/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin in response to Gundlach correspondence | 1.30 | 200.00 | 260.00 |
| 04/13/2017 | **Court Order**<br>Receipt and review of Court Order denying Defendant's Motion for Partial Dismissal | 0.40 | 200.00 | 80.00 |
| 04/28/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin regardig visa and also providing information for flight and lodging information for Amsterdam | 1.20 | 200.00 | 240.00 |
| 04/28/2017 | **Invoice**<br>Receipt and review of invoice for Cole deposition | 1 | 934.80 | 934.80 |
| 05/01/2017 | **Motion**<br>Receipt and review of Defendant's Motion and Brief in Opposition to Plaintiff's Motion for Summary Judgment | 3.20 | 200.00 | 640.00 |
| 05/05/2017 | **Court Order**<br>Receipt and review of Court Order advising Yama appear for an in person deposition in Amsterdam | 0.30 | 200.00 | 60.00 |
| 05/17/2017 | **Email**<br>Preparation of email to Yama status of visa | 1 | 0.00 | 0.00 |
| 05/17/2017 | **Email**<br>5/17 - 5/27 Multiple emails between FJS and Client regarding Visa application | 1 | 200.00 | 200.00 |
| 05/19/2017 | **Email**<br>Receipt and review of email from Gundlach regarding progress of Yama obtaining a visa | 0.30 | 200.00 | 60.00 |
| 05/31/2017 | **Conference**<br>Preparation for and attendance at Oral Argument on Motion for Summary Judgment | 3.20 | 200.00 | 640.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/12/2017 | **Email**<br>Receipt, review and response to multiple emails between counsel and FJS and Yama regarding Visa | 1.20 | 200.00 | 240.00 |
| 06/14/2017 | **Email**<br>Multiple emails between counsel and Judge's Chambers regarding mediation and Netherlands | 0.90 | 200.00 | 180.00 |
| 06/22/2017 | **Court Order**<br>Receipt and review of Court Order on Defendants Counterclaim Motion for Partial Summary Judgments granting in part and denying in part | 0.40 | 200.00 | 80.00 |
| 06/24/2017 | **Correspondence**<br>Receipt and review of correspondence to Perkin from Gundlach regarding Yama deposition | 0.90 | 200.00 | 180.00 |
| 06/26/2017 | **Correspondence**<br>Preparation of corrrespondence to Judge Perkin following up on Gundlach's letter enclosing email exchange which provided dates for deposition of Yama | 1.30 | 200.00 | 260.00 |
| 06/29/2017 | **Correspondence**<br>Receipt and review of correspondence from Gundlach to Perkin requesting dates for Yama deposition | 0.90 | 200.00 | 180.00 |
| 06/30/2017 | **Court Order**<br>Receipt and review of Court Order advising Yama to appear for video deposition within 60 days | 0.40 | 200.00 | 80.00 |
| 07/01/2017 | **Email**<br>Receipt and review of email from Gundlach attaching Afghan calendar | 0.20 | 200.00 | 40.00 |
| 07/11/2017 | **Email**<br>Preparation of email to  Yama requesting dates for deposition; response email from Yama | 0.40 | 200.00 | 80.00 |
| 07/19/2017 | **Email**<br>Preparation of email to Yama advising him of place and time for his video deposition | 0.40 | 200.00 | 80.00 |
| 07/25/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin providing a status of the case and Yama deposition | 0.80 | 200.00 | 160.00 |
| 07/26/2017 | **Email**<br>Receipt and review of email from Yama attaching a copy of his passport photo and providing mailing address | 0.30 | 200.00 | 60.00 |
| 07/26/2017 | **Correspondence**<br>Preparation of correspondence to Markley and Perkin regarding Yama attempts at obtaining Visa | 0.90 | 200.00 | 180.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/26/2017 | **Correspondence**<br>Receipt and review of correspondence from Gundlach to Perkin | 0.80 | 200.00 | 160.00 |
| 07/28/2017 | **Email**<br>Receipt and review of email from Yama providing information regarding visa into the Netherlands | 0.30 | 200.00 | 60.00 |
| 07/28/2017 | **Email**<br>Preparation of email to Yama attaching Gundlachs corrsepondence to Judge Perkin ; response email from Yama advising of progress made to obtain visa | 0.90 | 200.00 | 180.00 |
| 07/28/2017 | **Court Order**<br>Receipt and review of Court Order for Yama to appear for video dep on August 18 and requesting an update on mediation scheduling | 0.60 | 200.00 | 120.00 |
| 07/31/2017 | **Email**<br>Receipt and review of email from Markley requesting entire passport of Yama; forwarding email to Yama; receipt and review of passport; forwarding to Markley | 1.20 | 200.00 | 240.00 |
| 08/10/2017 | **Motion**<br>Receipt and review of Second Informal Letter Motion from Attorney Markley to Judge Perkin | 1.30 | 200.00 | 260.00 |
| 08/10/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin providing a status | 0.80 | 200.00 | 160.00 |
| 08/14/2017 | **Email**<br>Preparation of email to Yama to schedule deposition; response email from Yama | 0.60 | 200.00 | 120.00 |
| 08/14/2017 | **Email**<br>Preparation of email to Markley and Gundlach requesting exhibits for deposition | 0.60 | 200.00 | 120.00 |
| 08/17/2017 | **Correspondence**<br>Receipt and review of correspondence from Gundlach regarding Yama deposition | 0.40 | 200.00 | 80.00 |
| 08/17/2017 | **Email**<br>Receipt and review of email from Yama attaching bank statements; preparation of email to Markley and Gundlach attaching bank statements and again requesting their exhibits | 0.90 | 200.00 | 180.00 |
| 08/18/2017 | **Deposition**<br>Preparation for and attendance at Video Deposition of Yama | 12 | 200.00 | 2,400.00 |
| 08/23/2017 | **Court Order**<br>Receipt and review of Court Order with a change of address for Gundlach | 0.30 | 200.00 | 60.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/24/2017 | **Correspondence** Receipt and review of correspondence from Gundlach to Perkin providing a status of video deposition and requesting to join additional parties | 1.20 | 200.00 | 240.00 |
| 08/24/2017 | **Correspondence** Preparation of correspondence to Perkin in response to Markley Second Informal Letter Motion seeking contempt | 0.90 | 200.00 | 180.00 |
| 08/24/2017 | **Motion** Receipt and review of Markley Third Letter Motion and Brief | 1.50 | 200.00 | 300.00 |
| 08/28/2017 | **Court Order** Receipt and review of Court Order scheduling a Conference | 0.40 | 200.00 | 80.00 |
| 08/28/2017 | **Correspondence** Preparation of corrsepondence to Judge Perkin in response to Markley Third Letter Motion | 1.60 | 200.00 | 320.00 |
| 08/29/2017 | **Court Order** Receipt and review of Court Order denying Defendants Renewed Motion for Security | 0.40 | 200.00 | 80.00 |
| 08/29/2017 | **Motion** Receipt and review of Gundlach Motion to Withdraw | 0.60 | 200.00 | 120.00 |
| 08/30/2017 | **Brief** Receipt and review of Markley Brief in Opposition to Gundlach Motion to Withdraw | 0.80 | 200.00 | 160.00 |
| 09/02/2017 | **Email** 9/2 -9/6 Multiple emails to client regarding visa | 0.80 | 200.00 | 160.00 |
| 09/07/2017 | **Conference** Preparation for and attendance at status conference | 4.50 | 200.00 | 900.00 |
| 09/08/2017 | **Court Order** Receipt and review of Court Order ordering Yama for an in person deposition | 0.40 | 200.00 | 80.00 |
| 09/12/2017 | **Email** Preparation of email to client regarding visa into the Ukraine | 0.40 | 200.00 | 80.00 |
| 09/12/2017 | **Correspondence** Preparation of corrsepondence to Judge Perkin providing Yama's steps to obtain a visa into the Ukraine | 0.90 | 200.00 | 180.00 |
| 09/13/2017 | **Correspondence** Preparation of correspondence to Judge Cahn regarding mediation | 0.90 | 200.00 | 180.00 |
| 09/14/2017 | **Deposition** Receipt and review of email from Markley enclosing deposition transcript; printing out and reviewing | 3.50 | 200.00 | 700.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/14/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin regarding the deposition | 1.50 | 200.00 | 300.00 |
| 09/16/2017 | **Email**<br>Multiple emails between FJS and Markley regarding settlement | 0.80 | 200.00 | 160.00 |
| 09/18/2017 | **Email**<br>Multiple emails between FJS, Markley and Cahn regarding conference call | 0.80 | 200.00 | 160.00 |
| 10/03/2017 | **Email**<br>Preparation of email to Yama regarding Visa into the Ukraine | 0.40 | 200.00 | 80.00 |
| 10/04/2017 | **Correspondence**<br>Preparation of correspondence to Judge Perkin regarding Yama Status Ukrain | 1.20 | 200.00 | 240.00 |
| 10/05/2017 | **Motion**<br>Receipt and review of Defendant's Motion for Continuance and Sanctions | 1.50 | 200.00 | 300.00 |
| 10/05/2017 | **Motion**<br>Receipt and review of Defendant's Motion to Amend pleading | 1.50 | 200.00 | 300.00 |
| 10/06/2017 | **Email**<br>receipt and review of email from Markley advising of new firm name and email address | 0.20 | 200.00 | 40.00 |
| 10/11/2017 | **Email**<br>Receipt and review of email from Yama regarding Target FZE | 0.80 | 200.00 | 160.00 |
| 10/12/2017 | **Court Order**<br>Receipt and review of Court Order denying Request for Extension. | 0.60 | 200.00 | 120.00 |

|  |  |
|--|--|
| PAYMENT | 12,500.00 |
| BALANCE DUE | **$116,904.27** |