## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARGET GLOBAL LOGISTICS SERVICES, CO. : | |
| Plaintiff/Counterclaim Defendant : | |
| v. : | CIVIL ACTION NO. |
| : | 15-4960 |
| KVG, LLC : | |
| Defendant/Counterclaim Plaintiff : | |
| v. : | |
| QAIS ANIL MEDICAL EQUIPMENT COMPANY LTD., : | |
| MOHAMMAD SEDIQ, and ASIA PHARMA LTD. : | |
| Counterclaim Defendants : | |

## ORDER

**AND NOW**, this 22nd day of November, 2017, upon consideration of Defendant's Motion to Join Target Global Logistics FZE, Jamshid, and Mohammad Mirwais (Dkt. No. 130) filed October 5, 2017; upon consideration of the Brief in Support of Defendant's Motion to Join Target Global Logistics FZE, Jamshid, and Mohammad Mirwais (Dkt. No. 130-1) filed October 5, 2017; upon consideration of Plaintiff's Brief in Opposition to Defendant, KVG's Motion to Join Target Global Logistics FZE, Jamshid and Mohammad Mirwais Pursuant to Fed. R. C. P. 15(c)(2) (Dkt. No.132) filed October 17, 2017; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the motion to join is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*_____
HENRY S. PERKIN,
United States Magistrate Judge