IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

TARGET GLOBAL LOGISTICS SERVICES, CO.

           Plaintiff/Counterclaim Defendant

  v.                                                  CIVIL ACTION NO.
                                                           15-4960

KVG, LLC

           Defendant/Counterclaim Plaintiff

  v.

QAIS ANIL MEDICAL EQUIPMENT COMPANY LTD.,
MOHAMMAD SEDIQ, and ASIA PHARMA LTD.

           Counterclaim Defendants
_____

# ORDER

      **AND NOW**, this    2nd    day of May, 2018, upon consideration of Defendant KVG's Motion to Amend its Counter-Complaint Against Plaintiff/Counter-Defendant Target Global Logistics Company to Include Fraud (Dkt. No. 174) filed April 11, 2018; upon consideration of Plaintiff's Opposition to Defendant KVG LLC's Motion to Amend its Counter-Complaint Against Plaintiff/Counter-Defendant Target Global Logistics Company to Include Fraud (Dkt. No. 188) filed April 25, 2018; and for the reasons expressed in the foregoing Memorandum,

      **IT IS ORDERED** that the motion to amend (Dkt. No. 174) is **DENIED**.

                                              BY THE COURT:

                                              */s/ Henry S. Perkin*_____
                                              HENRY S. PERKIN,
                                              United States Magistrate Judge