IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARGET GLOBAL LOGISTICS SERVICES, CO. <br><br> Plaintiff/Counterclaim Defendant <br><br> v. <br><br> KVG, LLC <br><br> Defendant/Counterclaim Plaintiff <br><br> v. <br><br> QAIS ANIL MEDICAL EQUIPMENT COMPANY LTD MOHAMMAD SEDIQ and ASIA PHARMA LTD <br><br> Counterclaim Defendants | CIVIL ACTION NO. 15-4960 |

**ORDER**

**AND NOW**, this 15th day of May, 2018, upon consideration of Defendant KVG LLC's Renewed Motion for Security Under Local Rule of Civil Procedure 54.1 (Dkt. No. 169) and Defendant KVG LLC's Memorandum of Law in Support of its Renewed Motion for Security Under Local Rule of Civil Procedure 54.1 (Dkt. No. 169-1) filed April 11, 2018; and upon consideration of Plaintiff's Brief in Opposition to Defendant KVG's Fourth Motion for Security Pursuant to Local Rule of Civil Procedure 54.1 (Dkt. No. 181) filed April 24, 2018; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the renewed motion for security is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge