# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARGET GLOBAL LOGISTICS SERVICES, CO. <br><br> Plaintiff/Counterclaim Defendant <br> v. <br><br> KVG, LLC <br><br> Defendant/Counterclaim Plaintiff <br> v. <br><br> QAIS ANIL MEDICAL EQUIPMENT COMPANY LTD MOHAMMAD SEDIQ and ASIA PHARMA LTD <br><br> Counterclaim Defendants | CIVIL ACTION NO. 15-4960 |

## JUDGMENT AND ORDER

**AND NOW**, this 29th day of November, 2018, upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Dkt. Nos. 221-223), following a bench trial on May 21-24, and 30, 2018, and closing and post-trial argument to the Court on August 30, 2018, and for the reasons stated in the Court's Memorandum dated November 29, 2018, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Target Global Logistics Services, Co. and against KVG, LLC in the amount of Seven Hundred and Fifty-Five Thousand, Nine Hundred and Ten Dollars and Thirty-Eight Cents ($755,910.38), plus applicable interest.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge